UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 05-11337-RWZ

FRANCIS SHERMAN
Plaintiff

v.

LAHEY CLINIC
Defendant

## ORDER OF DISMISSAL

ZOBEL, D.J.

In accordance with the Memorandum and Order issued 7/1/05, this case is hereby dismissed without prejudice for want of prosecution.

By the Court,

/s Lisa A. Urso
Deputy Clerk

September 16, 2005

To: All Counsel